Carmita Bernal, an Infant, by John Bernal, Her Guardian ad Litem, et al., Plaintiffs, and John Bernal, Plaintiff-Appellant, v. Baptist Fresh Air Home Society, Respondent.

Argued October 10, 1949; decided October 20, 1949.

*Julius Lerner, Sidney Horowitz* and *Benjamin D. Gold* for appellant.

*Archie B. Morrison, John D. Lynn* and *Sperry Butler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.